SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal. Bar No. 117224
kraygor@sheppardmullin.com
JONATHAN D. MOSS, Cal. Bar No. 252376
jmoss@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
PAUL A. BOST, Cal. Bar No. 261531
pbost@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
   Attorneys for Defendant CITY OF PASADENA

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
C. MITCHELL HENDY (SBN 282036)
mhendy@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248
   Attorneys for Plaintiff
      PASADENA TOURNAMENT OF
      ROSES ASSOCIATION

[*Additional Counsel of Record Listed on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PASADENA TOURNAMENT OF ROSES ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF PASADENA,<br><br>   Defendant. | Case No. 2:21-cv-01051 AB (JEMx)<br><br>**STIPULATION OF ALL PARTIES RE REQUEST TO MOVE THE HEARING ON DEFENDANT'S MOTION TO STRIKE [ECF 21] TO THE SAME DATE AS THE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF 32]**<br><br>Current Hearing on Motion to Strike<br>Date:    Friday, April 23, 2021<br>Time:    10:00 a.m.<br>Ctrm.:   7B, Hon. André Birotte Jr.<br><br>[*Proposed Order Submitted Concurrently Herewith*] |

TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant City of Pasadena ("**Defendant**") and Plaintiff Pasadena Tournament of Roses Association ("**Plaintiff**"), by and through their counsel of record, submit this *Stipulation of All Parties re Request to Move the Hearing on Defendant's Motion to Strike [ECF 21] to the Same Date as the Hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [ECF 32]*. A hearing on Defendant's *Special Motion to Strike Pursuant to California Code of Civil Procedure § 425.16* [ECF 21] is currently set for April 23, 2021 [ECF 28]. A hearing on Defendant's *Motion to Dismiss Claims Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)* is currently set for May 14, 2021. [ECF 32.] In the interests of respecting the Court's time and judicial efficiency, the parties request that if the Court wishes to hear argument on Defendant's *Motion to Strike* [ECF 21] that the hearing be moved from April 23 to May 14, 2021 so that both motions [ECF 21 and 32] can be heard at the same time. Both motions are fully briefed.

Dated: April 13, 2021

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Kent R. Raygor*
KENT R. RAYGOR
Attorneys for Defendant
CITY OF PASADENA

Dated: April 13, 2021

MAYER BROWN LLP

By  */s/ John Nadolenco*
JOHN NADOLENCO
Attorneys for Plaintiff
PASADENA TOURNAMENT OF ROSES ASSOCIATION

<u>C.D. CAL. LOCAL RULE 5-4.3.4(a)(2)(i) Attestation</u>:

I, Kent R. Raygor, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 13, 2021

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  */s/ Kent R. Raygor*
KENT R. RAYGOR

Attorneys for Defendant
CITY OF PASADENA

4833-8048-8676.2

<u>Additional Counsel of Record</u>:

MICHELE BEAL BAGNERIS, City Attorney
Cal. Bar No. 115423
mbagneris@cityofpasadena.net
THERESA E. FUENTES, Assistant City Attorney
Cal. Bar No. 175139
tfuentes@cityofpasadena.net
CITY OF PASADENA
100 N. Garfield Avenue, Suite N210
Pasadena, California  91109
Telephone:  (626) 744-4141
Facsimile:   (626) 744-4190

Attorneys for Defendant
CITY OF PASADENA

A. JOHN P. MANCINI (admitted *pro hac vice*)
jmancini@mayerbrown.com
JONATHAN W. THOMAS (admitted *pro hac vice*)
jwthomas@mayerbrown.com
1221 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

Attorneys for Plaintiff
PASADENA TOURNAMENT OF ROSES