UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASADENA TOURNAMENT OF ROSES ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PASADENA,<br><br>    Defendant. | Case No. 2:21-cv-01051 AB (JEMx)<br><br>**SUPPLEMENTAL JUDGMENT ON AWARD OF ATTORNEYS' FEES** |

-1-

1. On July 12, 2021, the Court issued an *Order Denying Motion to Strike; Order Granting Motion to Dismiss* in favor of Defendant the City of Pasadena ("City") and against Plaintiff Pasadena Tournament of Roses Association ("Plaintiff"). (Dkt. No. 50.)

2. On August 10, 2021, Plaintiff filed a Notice of Appeal of this Court's July 12, 2021 decision with the Ninth Circuit Court of Appeals. (Dkt. No. 54)

3. On March 17, 2022, this Court issued an *Amended Order Granting Defendant's Motion for Attorneys' Fees*. (Dkt. No. 76).

4. On March 24, 2022, the Ninth Circuit Court of Appeals granted Plaintiff/Appellant's motion to voluntarily dismiss its appeal of this Court's July 12, 2021 decision. (Dkt. No. 74).

The Court hereby **GRANTS** the City's request for entry of a *Supplemental Judgment*. It is hereby **ORDERED** as follows:

Supplemental judgment in favor of Defendant the City of Pasadena and against Plaintiff Pasadena Tournament of Roses Association in the amount of $408,923.10, as awarded in the Court's March 17, 2022 *Amended Order Granting Defendant's Motion for Attorneys' Fees*, (Dkt. No. 76), is hereby **ENTERED**. Post-judgment interest on that award shall accrue in accordance with 28 U.S.C. §1961.

Dated: April 5, 2022

Hon. André Birotte Jr.
United States District Judge